JEFFREY B. ISAACS (SBN 117104)
jisaacs@ifcounsel.com
ADAM S. KARGMAN (SBN 212109)
akargman@ifcounsel.com
AMY YEH (SBN 228174)
ayeh@ifcounsel.com
**ISAACS | FRIEDBERG LLP**
555 South Flower Street, Suite 4250
Los Angeles, California 90071
Telephone:  (213) 929-5550
Facsimile:   (213) 955-5794

*Attorneys for Defendant Fari Rezai*

[Additional counsel on the following pages]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OZERAN, ESQ., <br><br> Plaintiff, <br><br> vs. <br><br> ROBIN JACOBS, ESQ., *et al.*, <br><br> Defendants. | Case No.  2:17-cv-7965-DOC (JDEx) <br> Assigned to Hon. David O. Carter <br><br> **DECLARATION OF AMY YEH IN SUPPORT OF THE MOTION OF DEFENDANTS FARI REZAI, DENNIS FUSI, ROBIN JACOBS AND JOHN JANSEN TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)** <br><br> [*Filed concurrently with Motion to Dismiss and [Proposed] Order*] <br><br> **HEARING:** <br><br> Date:    January 8, 2018 <br> Time:   8:30 a.m. <br> Place:   Courtroom 9D <br><br> FAC Filed:           October 5, 2017 <br> Action Removed:  October 31, 2017 <br> Trial Date:          None set |

**DECLARATION OF AMY YEH IN SUPPORT OF MOTION TO DISMISS**

238667.1

1  MARC WILLIAMS (SBN 198913)
   mwilliams@cohen-williams.com
2  JENNIFER WILLIAMS (SBN 268782)
3  jwilliams@cohen-williams.com
   **COHEN WILLIAMS WILLIAMS LLP**
4  724 South Spring Street, 9th Floor
5  Los Angeles, CA 90014
   Telephone:  (213) 232-5160
6  Facsimile:   (213) 232-5167
7
8  *Attorneys for Dennis Fusi*

9

10 REBECCA DAVIS-STEIN (SBN 193141)
   rds@steinlawcorp.com
11 DAWN LY (SBN 231103)
12 dl@steinlawcorp.com
   **ANDREW D. STEIN & ASSOCIATES, INC.**
13 470 S. San Vicente Blvd., 2nd Floor
14 Los Angeles, CA 90048
   Telephone:  (323) 852-1507
15 Facsimile:   (323) 852-0104

16
   *Attorneys for Robin Jacobs*
17

18
   JAMES SPERTUS (SBN 159825)
19 Jim@SpertusLaw.com
20 SAMUEL JOSEPHS (SBN 284035)
   sam@spertuslaw.com
21 DOLLY HANSEN (SBN 254826)
22 dolly@spertuslaw.com
   **SPERTUS, LANDES & UMHOFER LLP**
23 1990 S. Bundy Drive, Suite 705
24 Los Angeles, CA 90025
   Telephone:  (310) 826-4700
25 Facsimile:   (310) 826-4711

26
   *Attorneys for John Jansen*
27

28

**DECLARATION OF AMY YEH IN SUPPORT OF MOTION TO DISMISS**

238667.1

# DECLARATION OF AMY YEH

I, Amy Yeh, declare as follows:

1.  I am an attorney admitted to practice before this court and am Of Counsel with the law firm of Isaacs | Friedberg LLP, attorneys for Defendant Fari A. Rezai in this action. I have personal knowledge of the facts stated herein. If called as a witness, I could and would competently testify to those facts.

2.  This declaration is made in support of the Motion of Defendants Fari Rezai, Dennis Fusi, Robin Jacobs and John Jansen (collectively, "Defendants") to Dismiss the First Amended Complaint Pursuant to Rule 12(b)(6) (the "Motion to Dismiss").

3.  Pursuant to Central District Local Rule 7-3, the parties met and conferred telephonically on November 21, 2017 regarding the substance of Defendants' anticipated Motion to Dismiss. Jeffrey Lewis participated on behalf of Plaintiff Robert Ozeran; Jeffrey Isaacs and Amy Yeh participated on behalf of Defendant Fari Rezai; Samuel Josephs participated on behalf of Defendant John Jansen; Marc Williams participated on behalf of Defendant Dennis Fusi; and Rebecca Davis-Stein participated on behalf of Defendant Robin Jacobs.

4.  During that telephone conference, Mr. Lewis acknowledged that the heightened pleading requirements of Federal Rule of Civil Procedure 9(b) applied to Plaintiff's First Cause of Action for violation of California Business & Professionals Code § 17200, *et seq.* and Third Cause of Action for violation of 18 U.S.C. § 1961, *et seq.*, although he disagreed that Rule 9(b) applied to the Second Cause of Action for negligence. The parties were unable to otherwise resolve their differences informally, requiring Defendants to file their Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct and that this declaration was executed on December 7,
3  2017, in Los Angeles, California.

                                                  */s/ Amy Yeh*
                                                  Amy Yeh

**DECLARATION OF AMY YEH IN SUPPORT OF MOTION TO DISMISS**

238667.1