ALI R. MOGHADDAMI/ SB#174548
armoghilaw@gmail.com
**LAW OFFICES OF ALI R. MOGHADDAMI**
333 E. Glenoaks Blvd., Suite 202
Glendale, CA 91207

Tel: (818) 500-4111
Fax: (818) 500-4144

Attorney for Defendant,
LIONEL EDUARDO GIRON, ESQ.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ROBERT OZERAN, ESQ., an individual, <br><br> Plaintiff, pro per, <br><br> vs. <br><br> ROBIN JACOBS, ESQ., an individual; ROBERT IRVING SLATER, ESQ.; RONY M. BARSOUM, ESQ., an individual; JORJE HUMBERTO REYES, ESQ., an individual; DENNIS RALPH FUSI, ESQ., an individual; LIONEL EDUARDO GIRON, ESQ., an individual; FARI RESAI, ESQ., an individual; JOHN JENSEN, ESQ., an individual; JOHN JANSEN, an individual; PAYMAN ZARGARI, ESQ., an individual; JON WOODS, ESQ., an individual, and Does 1-50, inclusive; <br><br> Defendants. | CASE NO. 2:17-cv-07965-DOC-JDE <br><br> NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION IN MOTION TO DISMISS PLAINTIFF, ROBERT OZERAN'S FIRST-AMENDED COMPLAINT FILED BY DEFENDANTS FARI REZAI, DENNIS FUSI, ROBIN JACOBS AND JOHN JANSEN [F.R.C.P. 12(B)(6)] <br><br> Date: January 8, 2018 <br> Time: 8:30 a.m. <br> Department: 9D <br><br> FAC Filed: October 5, 2017 <br> Action Removed: October 31, 2017 <br> Trial Date: None Set |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Defendant, **LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA**

---
1

NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION

**PROFESSIONAL CORPORATION**, hereby joins the Notice of Motion and Motion to Dismiss Plaintiff, Robert Ozeran's First Amended Complaint filed by Defendants, Fari Rezai, Dennis Fusi, Robin Jacobs and John Jansen [F.R.C.P. 12(B)(6). Defendant GIRON respectfully requests that any relief ordered by the court relative to Defendants, Fari Rezi, Dennis Fusi, Robin Jacobs and John Jansen's Motion to Dismiss be ordered also in favor of Defendant GIRON.

DATED: December 14, 2017            LAW OFFICES OF ALI R. MOGHADDAMI

                                    BY: /s/ Ali R. Moghaddami
                                    Ali R. Moghaddami, Esq.
                                    Attorney for Defendant,
                                    LIONEL EDUARDO GIRON, ESQ., AN
                                    INDIVIDUAL, dba THE LAW OFFICES OF
                                    LIONEL GIRON, A CALIFORNIA PROFESSIONAL
                                    CORPORATION

NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **ROUBINA BOULADIAN**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 333 East Glenoaks Boulevard, Suite 202, Glendale, CA 91207-2099.

On December 15, 2017, I served the foregoing document described as: **DEFENDANT LIONEL EDUARDO GIRON, ESQ.'S NOTICE OF APPEARANCE OF COUNSEL - ALI R. MOGHADDAMI** on all parties in this action by

[X]   **COURTESY COPY** BY ELECTRONIC SERVICE, I served the foregoing document(s) on interested parties via email to each of the parties listed in the service caption above. A true and correct copy of the transmittal will be produced if requested by any party or the Court.

[X]   **BY MAIL:** placing a true copy thereof enclosed in a sealed envelope in the mail with postage thereon fully prepaid, addressed as follows:

[ ]   **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard _____ delivery procedures.

[ ]   **BY FAX:** I transmitted a true copy of the same foregoing document(s) this date via telecopier to the facsimile numbers:

[ ]   **BY PERSONAL SERVICE:** By delivering a true copy of the same by hand at the offices of:

**PLEASE SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[X]   [State]   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2017, at Glendale, California.

_____
ROUBINA BOULADIAN

---

2

NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ. AN INDIVIDUAL dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION

## SERVICE LIST

ROBERT OZERAN, ESQ.

V.

ROBIN JACOBS, ESQ., ET AL.,

| | |
|---|---|
| Jeffrey Lewis, Esq.<br>609 Deep Valley Drive, Suite 200<br>Los Angeles, CA 90045<br><br>Tel: 310-935-4001<br>Fax: 310-872-5389<br>Email: Jeff@JeffLewisLaw.com | **Attorneys for Plaintiff,**<br>ROBERT OZERAN, ESQ. |
| Rebecca A. Davis-Stein, Esq.<br>Andrew D. Stein & Associates<br>470 S. San Vicente Blvd., 2nd Floor<br>Los Angeles, CA 90045<br><br>Tel: 323-852-1507<br>Fax: 323-852-0104<br>Email: rds@steinlawcorp.com | **Attorneys for Defendant,**<br>Robin Jacobs, Esq., dba The Law Offices of Robin Jacobs, Inc. |
| Frank N. Lee, Esq.<br>Law Office of Frank N. Lee<br>3435 Wilshire Blvd. #450<br>Los Angeles, CA 90010<br><br>Tel: 213-487-9777<br>Email: franknlee@gmail.com | **Attorneys for Defendant,**<br>Robert Irving Slater, Esq. Dba The Law Offices of Robert Slater, Inc. |
| Rony M. Barsoum, Esq.<br>Barsoum Law, APC<br>3055 Wilshire Blvd., Suite 670<br>Los Angeles, CA 90010-1131<br><br>Tel: 213-674-5000<br>Fax: 213-674-5006<br>Email: rbarsoum@barsoumlaw.com | **Attorneys for Defendant,**<br>Rony M. Barsoum, Esq. |
| Mansfield Collins, Esq.<br>Law Office of Mansfield Collins<br>100 North Barranca Ave., 7th Floor<br>West Covina, CA 91791<br><br>Tel: 213-384-0982<br>Fax: 866-333-2045<br>Email: mansfieldcollins@gmail.com | **Attorneys for Defendant,**<br>Jorge Humberto Reyes, Esq. |

NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION

| | |
|---|---|
| Kathleen M. Erskine, Esq.<br>Cohen Williams Williams LLP<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br><br>Tel: 213-232-5160<br>Fax: 213-232-5167<br>Email: kerskine@cohen-williams.com | **Attorneys for Defendant,**<br>Dennis Ralph Fusi, Esq.<br>Dba The Law Offices of<br>Dennis R. Fusi &<br>Associates, ALC |
| Jeffrey B. Isaacs, Esq.<br>Amy Yeh, Esq.<br>Margarette M. Mow, Esq.<br>ISAACS\FRIEDBERG LLP<br>555 South Flower St., Suite 4250<br>Los Angeles, CA 90071<br><br>Tel: 213929-5550<br>Fax: 213-955-5794<br>Email: jisaacs@ifcounsel.com<br>        ayeh@ifcounsel.com<br>        mmow@ifcounsel.com | **Attorneys for Defendant,**<br>Fari Rezai, Esq., dba<br>Rezai & Associates, APC |
| Dolly K. Hansen, Esq.<br>SPERTUS, LANDES & UMHOFER LLP<br>1990 S. Bundy Dr., Suite 705<br>Los Angeles, CA 90025<br><br>Tel: 310-826-4700<br>Fax: 310-826-4711<br>Email: dolly@spertuslaw.com | **Attorneys for Defendant,**<br>John Jansen, Esq., dba G.<br>John Jansen & Associates,<br>APLC |
| William H. Dailey, Esq.<br>16161 Ventura Blvd., #748<br>Encino, CA 91436<br><br>Tel: 310-308-8717<br>Email: william@attorneydailey.com | **Attorneys for Defendant,**<br>Payman Zargari, Esq., dba<br>Law Offices of Payman<br>Zargari, APLC |
| Jennie C. Lemm-Spere, Esq.<br>LAW OFFICES OF JENNIE C. LEMM-SPERE<br>9431 Haven Avenue, Suite 232<br>Rancho Cucamonga, CA 91730<br><br>Tel: 909-222-8251<br>Fax: 909-658-7457<br>Email: jcspere@lawyer.com | **Attorneys for Defendant,**<br>John M. Woods, Esq., dba<br>The Law Offices of John M.<br>Woods, Inc. |

NOTICE OF JOINDER BY DEFENDANT, LIONEL EDUARDO GIRON, ESQ., AN INDIVIDUAL, dba THE LAW OFFICES OF LIONEL GIRON, A CALIFORNIA PROFESSIONAL CORPORATION