1 | **LAW OFFICES OF MANSFIELD COLLINS**
Mansfield Collins [SBN 104049]
2 | 100 N. Barranca Street, 7th Floor
West Covina, California 91791
3 | Telephone: (213) 384-0982
Facsimile:  (866) 333-2045
4 | Email:     mansfieldcollins@gmail.com

Attorneys for Plaintiff,
     JORGE HUMBERTO REYES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RONALD REGAN FEDERAL BUILDING

| ROBERT OZERAN, ESQ., an Individual, | **Case No.:** 2:17-CV-07965-DOC(JDEx) |
|---|---|
| Plaintiff, | *[Assigned to the Honorable David O. Carter, Courtroom 9D]* |
| vs. | |
| ROBIN JACOBS, ESQ., an Individual; ROBERT IRVING SLATER, ESQ., an Individual; RONY M. BARSOUM, ESQ., an Individual; JORGE HUMBERTO REYES, ESQ., an Individual; DENNIS RALPH FUSI, ESQ., an Individual; LIONEL EDUARDO GIRON, ESQ., an Individual; FARI RESAI, ESQ., an Individual; JOHN JANSEN, ESQ., an Individual; PAYMAN ZARGARI, ESQ., an Individual; JON WOODS, ESQ., an Individual; and DOES 1-50, inclusive, | **DEFENDANT REYES'S NOTICE OF JOINDER AND JOINDER OF DEFENDANTS REZAI, FUSI, JACOBS, AND JANSEN'S FRCP RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hearing Date:** January 8, 2018<br>**Hearing Time:** 8:30 a.m.<br>**Location:**      Courtroom 9D<br><br>**FAC Filed:**     October 5, 2011<br>**Removal Date**: October 31, 2017<br>**Trial Date**:      None Set. |
| Defendants. | |

**TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE and notice is hereby given that Defendant Jorge Humberto Reyes, Esq., by and through his counsel of record, hereby and does JOIN Defendants Rezai, Fusi, Jacobs, and Jansen's Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint, the hearing of which is set to be heard before this honorable Court on January 8, 2018, at 8:30 a.m.

Defendant Reyes respectfully requests that any and all relief Ordered by this honorable Court in response to Defendants Rezai, Fusi, Jacobs, and Jansen's Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint also be Ordered in Defendant Reyes's favor, as a joining Party.

Moreover, Defendant Reyes hereby JOINS any and all papers filed by Defendants Rezai, Fusi, Jacobs, and Jansen's in connection with Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint, including, but not limited to, Defendants' Reply papers.

In this case, the legal issues and arguments presented in Defendants Rezai, Fusi, Jacobs, and Jansen's Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Complaint are equally applicable with respect to Defendant Reyes and should therefore be resolved in a single law and motion proceeding.

Respectfully submitted,

Dated:  December 27, 2017         **LAW OFFICES OF MANSFIELD COLLINS**

/s/ *Mansfield Collins, Esq.*
Mansfield Collins, Esq.
Attorneys for Defendant,
Jorge Humberto Reyes

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I am employed in the County of Los Angeles and I am a resident thereof. I am over the age of eighteen and not a party to the within action; my business address is 100 N. Barranca Ave., 7th Floor, West Covina, California, 91791.

On December 28, 2017, I served the following documents on the persons set forth below in the attached Service List as follows:

**DEFENDANT REYES'S NOTICE OF JOINDER AND JOINDER OF DEFENDANTS REZAI, FUSI, JACOBS, AND JANSEN'S FRCP RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

■   **BY CM/ECF/ELECTRONIC TRANSMISSION**: Based on a court rule or an Agreement of the parties to accept service by e-email or electronic transmission, I caused the documents to be sent to the person[s] at the email addresses listed on the attached service list. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am a member of the State Bar of California and I am admitted to practice law in the State of California and the United States District Court, Central District of California.

I declare under the penalty of perjury under the laws of California and the United States that the above is true and correct.

Executed on this December 28, 2017, at Los Angeles, California.

/s/ Mansfield Collins
Mansfield Collins

# SERVICE LIST

Jeffrey Lewis *ATTORNEY FOR: Plaintiff Robert Ozeran*
734 Silver Spur Road, Suite 300
Rolling Hills Estates, CA 90274
TELEPHONE NO.: (310) 935-4001 FAX NO.: (310) 872·5389
Email Address: Jeff@ JeffLewisLaw .com

ANDREW D. STEIN & ASSOCIATES *Attorneys for Defendant: Robin Jacobs*
470 S. San Vicente Blvd., 2nd Floor
Los Angeles, CA 90045
Rebecca A. Davis-Stein, Esq.
Email: rds@steinlawcorp.com
Tel: (323) 852-1507 I Fax: (323) 852-0104

THE LAW OFFICES OF ROBERT SLATER *Attorneys for Defendant: Robert Irving Slater*
16633 Ventura Blvd., Suite 730
Encino, CA 91436
Eric M. Ellison, Esq.
Email: bob@bobslater.com
Tel: (818) 377-3722 I Fax: (818) 377-3720

LAW OFFICES OF MANSFIELD COLLINS, *Attorney for Defendant: Rony Barsoum*
100 N. Barranca Ave., 7th Fl.
West Covina, CA., 91791
Mansfield Collins, Esq.
Email: mansfieldcollins@gmail.com
Tel: 213-384-0982 I 866-333-2045 Fax

COHEN WILLIAMS WILLIAMS LLP *Attorneys for Defendant: Dennis Ralph Fusi*
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Kathleen M. Erskine, Esq.
Email: kerskine@cohen-williams.com
Tel: (213) 232-5160 I Fax: (213) 232-5167

LAW OFFICES OF LIONEL E. GIRON *Defendant*
PO Box 2769
Pomona, CA 91769
Lionel E. Giron,
Email: lionelgiron@lglawoffice.com
Tel: (909) 397-7260 Fax: (909) 397-7277

ISAACS I FRIEDBERG LLP  *Attorneys for Defendant: Fari Rezai*
555 South Flower Street, Suite 4250
Los Angeles, CA 90071
Jeffrey B. Isaacs, Esq.
Email: jisaacs@ifcounsel.com
Tel: (213) 929-5550 I Fax: (213) 955-5794
AmyYeh, Esq.
Email: ayeh@ifcounsel.com
Tel: (213) 929-5550 I Fax: (213) 955-5794
Margarette M. Mow, Esq.
Email: mmow@ifcounsel.com
Tel: (213) 929-5550 I Fax: (213) 955-5794

SPERTUS, LANDES & UMHOFER LLP *Attorneys for Defendant: John Jansen*
1990 S. Bundy Dr., Suite 705
Los Angeles, CA 90025
Dolly K. Hansen, Esq.
Email: dolly@spertuslaw.com
Tel: (310) 826- 4700 Fax: (310) 826-471

WILLIAM H. DAILEY, ATTORNEY AT LAW *Attorneys for Defendant:Payman Zargari*
16161 Ventura Blvd., #748
Encino, CA 91436
William H. Dailey, Esq.
Email: william@attorneydailey.com
Tel: (310) 308-8717

JENNIE C. LEMM-SPERE *Attorneys for Defendant: John M. Woods*
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730
Jennie C. Lemm-Spere, Esq.
Email: jcspere@lawyer.com
Tel: (909) 222-8251 Fax: (909) 658-7457

 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28